UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EPL HOLDINGS, LLC          ,                          CASE NO. 5:12-cv-4306
                    Plaintiff(s),

            v.                                         STIPULATION AND [PROPOSED]
                                                       ORDER SELECTING ADR PROCESS
APPLE INC.                 ,
                    Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  ☐   Non-binding Arbitration (ADR L.R. 4)
  ☐   Early Neutral Evaluation (ENE)   (ADR L.R. 5)
  X   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  ☐   Private ADR (*please identify process and provider*)  _____

The parties agree to hold the ADR session by:
  ☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

  X   other requested deadline  The parties will meet and confer about a mediation date after the pleadings are settled.


Dated: 10/2/12                                        /s Pamela K. Fulmer
                                                      Attorney for Plaintiff

Dated: 10/2/12                                        /s Michael D. Jay
                                                      Attorney for Defendant

I, Michael D. Jay, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that I have on file the concurrences for each of the other signatories of this efiled document.

                                              By:     /s Michael D. Jay
                                                      Michael D. Jay

**[PROPOSED] ORDER**

☒   The parties' stipulation is adopted and IT IS SO ORDERED.
☐   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 10/15/12

_____
UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11