1    BOIES, SCHILLER & FLEXNER LLP
     Michael D. Jay (SBN: 223827)
2    mjay@bsfllp.com
     225 Santa Monica Blvd., 11th Floor
3    Santa Monica, CA 90401
     Telephone: (310) 395-5884
4    Facsimile: (310) 578-7898

5    BOIES, SCHILLER & FLEXNER LLP
     William A. Isaacson (*Pro Hac Vice* to be filed)
6    wisaacson@bsfllp.com
     Neal Hannan (*Pro Hac Vice* to be filed)
7    nhannan@bsfllp.com
     5301 Wisconsin Ave. NW
8    Washington, DC  20015
     Telephone: (202) 237-2727
9    Facsimile: (202) 237-6131

10   *Attorneys for Defendant and Counterclaimant*
     APPLE, INC.

11
                     **UNITED STATES DISTRICT COURT**
12
                   **NORTHERN DISTRICT OF CALIFORNIA**
13
                       **SAN FRANCISCO DIVISION**
14

15   EPL HOLDINGS, LLC                         Case No. 5:12-cv-4306 (EMC)

16                        Plaintiff,           **STIPULATION REQUESTING**
                                               **CONTINUANCE OF CASE**
17          v.                                 **MANAGEMENT CONFERENCE AND**
                                               ~~**PROPOSED**~~ **FORM OF ORDER**
18   APPLE INC.

19                        Defendant.

20

21   APPLE INC.

22                        Counterclaimant,

23          v.

24   EPL HOLDINGS, LLC

25                        Counterclaim Defendant.

26

27

28

1    Plaintiff and Counterclaim Defendant EPL Holdings, LLC ("EPL") and Defendant and

2  Counterclaimant Apple Inc. ("Apple") hereby stipulate as follows:

3         1.      WHEREAS, the Court, by Order dated October 10, 2012, scheduled a case

4  management conference pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10

5  for November 15, 2012 at 9:00 a.m.;

6         2.      WHEREAS, lead counsel for Apple Inc., Michael D. Jay, is unavailable on November

7  15, 2012, due to a previously-scheduled hearing in another matter; and

8         3.      WHEREAS, continuing the case management conference to November 16, 2012 at

9  9:00 a.m., or to a later date convenient for the Court, will not alter the date of any event or any

10  deadline already fixed by Court order.

11        NOW, THEREFORE, the parties, through their respective counsel-of-record, hereby request

12  that the Court continue the case management conference, currently schedule for November 15, 2012

13  at 9:00 a.m., to November 16, 2012 at 9:00 a.m. or to a later date convenient for the Court.

14        SO STIPULATED:

15

16  Dated:  October 15, 2012                    BOIES, SCHILLER & FLEXNER LLP

17                                              By:  ___/s Michael D. Jay_____

18                                                   Michael D. Jay

19                                              *Attorneys for Defendant and Counterclaimant*
                                                APPLE INC.

20

21  Dated:  October 15, 2012                    SNR DENTON USA, LLP

22                                              By:  ___/s Pamela K. Fulmer_____

23                                                   Pamela K. Fulmer*

24                                              *Attorneys for Plaintiff and Counterclaim Defendant*
                                                EPL HOLDINGS, LLC

25

26

27

28

STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. 5:12-cv-4306 (EMC)

1

2

\* I, Michael D. Jay, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Form of Order.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that I have on file the concurrences for each of the other signatories of this efiled document.

3

4

By: ____/s Michael D. Jay_____
Michael D. Jay

5

6

7

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

Dated:  10/15/12

9

10

11

12

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. 5:12-cv-4306 (EMC)