BOIES, SCHILLER & FLEXNER LLP
Michael D. Jay (SBN: 223827)
mjay@bsfllp.com
225 Santa Monica Blvd., 11th Floor
Santa Monica, CA 90401
Telephone: (310) 395-5884
Facsimile: (310) 578-7898

BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson (*Pro Hac Vice* to be filed)
wisaacson@bsfllp.com
Neal Hannan (*Pro Hac Vice* to be filed)
nhannan@bsfllp.com
5301 Wisconsin Ave. NW
Washington, DC  20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

*Attorneys for Defendant and Counterclaimant*
APPLE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EPL HOLDINGS, LLC<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.<br><br>        Defendant. | Case No. 5:12-cv-4306 (EMC)<br><br>**STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ FORM OF ORDER**<br><br>(Amended Order) |
| APPLE INC.<br><br>        Counterclaimant,<br><br>    v.<br><br>EPL HOLDINGS, LLC<br><br>        Counterclaim Defendant. | |

1 | Plaintiff and Counterclaim Defendant EPL Holdings, LLC ("EPL") and Defendant and
2 | Counterclaimant Apple Inc. ("Apple") hereby stipulate as follows:
3 |     1.    WHEREAS, the Court, by Order dated October 10, 2012, scheduled a case
4 | management conference pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10
5 | for November 15, 2012 at 9:00 a.m.;
6 |     2.    WHEREAS, lead counsel for Apple Inc., Michael D. Jay, is unavailable on November
7 | 15, 2012, due to a previously-scheduled hearing in another matter; and
8 |     3.    WHEREAS, continuing the case management conference to November 16, 2012 at
9 | 9:00 a.m., or to a later date convenient for the Court, will not alter the date of any event or any
10 | deadline already fixed by Court order.
11 | NOW, THEREFORE, the parties, through their respective counsel-of-record, hereby request
12 | that the Court continue the case management conference, currently schedule for November 15, 2012
13 | at 9:00 a.m., to November 16, 2012 at 9:00 a.m. or to a later date convenient for the Court.
14 | SO STIPULATED:

Dated:  October 15, 2012			BOIES, SCHILLER & FLEXNER LLP

						By:	/s Michael D. Jay
							Michael D. Jay

						*Attorneys for Defendant and Counterclaimant*
						APPLE INC.

Dated:  October 15, 2012			SNR DENTON USA, LLP

						By:	/s Pamela K. Fulmer
							Pamela K. Fulmer*

						*Attorneys for Plaintiff and Counterclaim Defendant*
						EPL HOLDINGS, LLC

---

1

STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. 5:12-cv-4306 (EMC)

Case 3:12-cv-04306-JST   Document 27   Filed 10/18/12   Page 3 of 3

1  * I, Michael D. Jay, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Form of Order.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that I have on file the concurrences for each of the other signatories of this efiled document.

2

3

4                                                                    By:    /s Michael D. Jay
                                                                           Michael D. Jay

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**        The CMC is reset to 11/30/12 at 9:00 a.m.  A joint CMC Statement shall be filed by 11/23/12.

Dated:    10/18/12

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

_____
EDWARD M. CHEN
DISTRICT JUDGE

2

STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. 5:12-cv-4306 (EMC)