ARTHUR S. BEEMAN (State Bar No. 237996)
arthur.beeman@snrdenton.com
PAMELA K. FULMER (State Bar No. 154736)
pam.fulmer@snrdenton.com
IMRAN A. KHALIQ (State Bar No. 232607)
SNR DENTON US, LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone: (650) 798-0300
Facsimile: (650) 798-0310
*Attorneys for Plaintiff*
*EPL Holdings, LLC*

BOIES, SCHILLER & FLEXNER LLP
Michael D. Jay (SBN: 223827)
mjay@bsfllp.com
225 Santa Monica Blvd., 11th Floor
Santa Monica, CA 90401
Telephone: (310) 395-5884
Facsimile: (310) 578-7898
*Attorneys for Defendant and Counterclaimant*
APPLE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EPL HOLDINGS LLC,<br><br>          Plaintiff,<br>  v.<br><br>APPLE, INC.,<br><br>          Defendant.<br><br>APPLE, INC.<br><br>          Counterclaimant,<br>  v.<br><br>EPL HOLDINGS LLC,<br><br>          Counterclaim Defendant. | Case No. 3:12-cv-04306 (EMC)<br><br>**STIPULATION AND PROPOSED ORDER PURSUANT TO CIV. LOCAL RULE 6-2 TO CHANGE THE CASE MANAGEMENT CONFERENCE DATE DUE TO COUNSEL'S FAMILY MEDICAL EMERGENCY** |

1    Whereas, the Case Management Conference ("CMC") is currently scheduled for 9:00 a.m. on
2 Friday, November 30, 2012 before this Court;

3    Whereas, Plaintiff EPL's lead counsel, Arthur Beeman, has a medical family emergency to
4 attend to on Friday November 30, 2012;

5    Whereas, counsel for Plaintiff contacted the Court to determine if the Court has an alternative
6 date available to hold the CMC, and the Court's clerk informed counsel that December 21, 2012 or
7 January 3, 2013 were the next available dates available on the Court's calendar to hold the CMC;

8    Whereas, in view of Mr. Beeman's family medical situation, Plaintiff and Defendant have met
9 and conferred and agreed to request a postponement of the upcoming CMC to December 21, 2012;

10    Therefore, pursuant to Civ. Local Rule 6-2 and the Court's inherent authority, Plaintiff and
11 Defendant hereby stipulate and agree to request a postponement of the CMC scheduled for November
12 30, 2012 to December 21, 2012.

13    The previous time modifications in this case are follows:

- On September 5, 2012, the parties stipulated for an extension for defendant to respond to the Complaint. (Dkt No. 12)
- On October 15, 2012, the parties stipulated to request a continuance of the CMC, which the Court originally set for November 16, 2012 and then reset to November 30, 2012. (Dkt. Nos. 25-27).

The requested change of time to the CMC will not affect any other date currently scheduled in this case.

Dated: 11/28/12                SNR DENTON USA, LLP

                               By:   /s/ Arthur S. Beeman
                                     Arthur S. Beeman

                               *Attorneys for Plaintiff and Counterclaim Defendant*
                               EPL HOLDINGS, LLC

2

Case No. 3:12-cv-04306 (EMC)              STIPULATION AND PROPOSED ORDER
27399741\V-1

| | |
|---|---|
| Dated: 11/28/12 | BOIES, SCHILLER & FLEXNER LLP |
| | By:   /s/ *Michael D. Jay* |
| | Michael D. Jay |
| | *Attorneys for Defendant and Counterclaimant* APPLE, INC. |

*Pursuant to L.R. 5-1(i), the filer attests that concurrence in the filing of this document has been obtained by all signatories.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The CMC currently scheduled for 11/30/12 is reset to 9:00 a.m. on December 21, 2012.

Dated: 11/29/12

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Edward M. Chen

3

Case No. 3:12-cv-04306 (EMC)                STIPULATION AND PROPOSED ORDER
27399741\V-1