RUSS, AUGUST & KABAT
Marc A. Fenster, CA SB # 181067
Email: mfenster@raklaw.com
Jaspal Hare, CA SB #282171
Email: jhare@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

**Attorneys for Plaintiff**
**EPL Holdings, LLC**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EPL HOLDINGS, LLC<br><br>    Plaintiff-Counterclaim Defendant,<br><br>vs.<br><br>APPLE INC.<br><br>    Defendant-Counterclaimant. | Case No. 3:12-CV-04306-JST (JSC)<br><br>**PLAINTIFF EPL HOLDINGS, LLC'S STATEMENT OF RECENT DECISIONS IN SUPPORT OF JOINT LETTER RE: PROTECTIVE ORDER**<br><br>(Re: Docket No. 57) |

Pursuant to Northern District of California Civil Local Rule 7-3(d)(2), Plaintiff hereby submits the recent decisions of the United States District Court Northern District of California, *Grobler v. Apple Inc.,* Case No. C 12-01534-JST (PSG), Dkt. No. 57, filed May 7, 2013, granting Order re Motion to Enter Protective Order and Resolve Remaining Dispute attached hereto as Exhibit A and *John v. Lattice Semiconductor Corp.*, Case No. C 12-04384 PSG, Dkt. No. 87, filed May 7, 2013, Order Granting In-Part Motion for Protective Order attached hereto as Exhibit B.  These decisions are relevant to the disputed prosecution bar provisions here (*see* Dkt. No. 57 § I.C; Dkt. No. 57-1 § 8).

3408-002 130509 EPL Stmt of Decisions.doc                          1

**PLAINTIFF EPL HOLDINGS, LLC'S STATEMENT OF RECENT DECISIONS IN SUPPORT OF JOINT LETTER RE: PROTECTIVE ORDER**
Case No. 3:12-CV-04306-JST (JSC)

| | |
|---|---|
| Dated: May 9, 2013 | Respectfully submitted,<br><br>By: /s/ *Marc A. Fenster*<br>**RUSS, AUGUST & KABAT**<br>Marc A. Fenster, CA SB # 181067<br>Email: mfenster@raklaw.com<br>Jaspal Hare, CA SB #282171<br>Email: jhare@raklaw.com<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California  90025<br>Telephone:     (310) 826-7474<br>Facsimile:      (310) 826-6991<br><br>**Attorneys for Plaintiff**<br>**EPL HOLDINGS, LLC** |

3408-002 130509 EPL Stmt of Decisions.doc

2

**PLAINTIFF EPL HOLDINGS, LLC'S STATEMENT OF RECENT DECISIONS IN SUPPORT OF JOINT LETTER RE: PROTECTIVE ORDER**
Case No. 3:12-CV-04306-JST (JSC)