IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPL HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.: C-12-04306 JST (JSC) <br><br> **ORDER RE: JOINT LETTER (Dkt. No. 67)** |

The Court is in receipt of the parties' joint discovery letter concerning Plaintiff's request to depart from the District's model protective order, and the Court's previous Order regarding the protective order (Dkt. No. 62), and include additional language in the parties' proposed protective order which would allow Plaintiff to include Defendant's source code in electronically transmitted documents. (Dkt. No. 67.) After carefully considering the parties' dispute, the Court concludes that oral argument is unnecessary, *see* L.R. Civ. 7-1(b), and DENIES Plaintiff's request. Plaintiff has not demonstrated any good cause for its request.

IT IS SO ORDERED.

Dated: June 20, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE