RUSS, AUGUST & KABAT
Marc A. Fenster, CA SB # 181067
Email: mfenster@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff-Counterclaim Defendant*
EPL HOLDINGS, LLC

BOIES, SCHILLER & FLEXNER LLP
Michael D. Jay (SBN 223827)
mjay@bsfllp.com
Bill Ward (SBN 246472)
bward@bsfllp.com
225 Santa Monica Blvd., 11th Floor
Santa Monica, CA 90401
Telephone: (310) 395-5884
Facsimile: (310) 578-7898

BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson (*Pro Hac Vice* to be filed)
wisaacson@bsfllp.com
Neal Hannan (*Pro Hac Vice* to be filed)
nhannan@bsfllp.com
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

*Attorneys for Defendant-Counterclaimant*
APPLE INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EPL HOLDINGS, LLC,<br><br>Plaintiff,<br>vs.<br><br>APPLE, INC.,<br><br>Defendant. | Case No. 3:12-cv-04306 (JST)<br><br>JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER REGARDING THE DISCLOSURE AND USE OF DISCOVERY MATERIALS |
| And Related Counterclaims | |

The parties have stipulated and agreed to entry of the attached Stipulated Protective Order regarding the Disclosure and Use of Discovery Materials.

So Stipulated:

DATED: July 30, 2013 ________ RUSS AUGUST & KABAT

By: *___/s/ Marc A. Fenster___*
Marc A. Fenster

Attorneys for Plaintiff and Counterclaim Defendant EPL HOLDINGS, LLC

DATED: July 30, 2013 ________ BOIES, SCHILLER & FLEXNER LLP

By: *___/s/ Michael D. Jay___*
Michael D. Jay

Attorneys for Defendant and Counterclaimant APPLE INC.

*Pursuant to L.R. 5-1(i), the filer attests that concurrence in the filing of this document has been obtained by all signatories.*