RUSS AUGUST & KABAT
Marc A. Fenster, CA SB #181067
E-mail: mfenster@raklaw.com
Brian D. Ledahl, CA SB #186579
E-mail: bledahl@raklaw.com
Payam Moradian, CA SB #276952
E-mail: pmoradian@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  310/826-7474
Facsimile:  310/826-6991

Attorneys for Plaintiff,
EPL HOLDINGS, LLC

Additional Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EPL HOLDINGS, LLC,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>    v.<br><br>APPLE, INC.,<br><br>    Defendant-Counterclaimant. | No. 12-cv-04306 (JST)<br><br>**JOINT CLAIM CONSTRUTION AND PREHEARING STATEMENT**<br><br>**Judge: Hon. Jon S. Tigar** |

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Patent Local Rule 4-3 and the Case Schedule Ordered by the Court, Plaintiff EPL Holdings, LLC ("EPL") and Defendant Apple Inc. ("Apple") (collectively, the "Parties") submit the following claim construction and prehearing statement.

## I. AGREED CLAIM CONSTRUCTIONS

Pursuant to Patent Local Rule 4-3(a), the Parties have agreed on the following constructions:

| Claim Term | Agreed Construction |
|---|---|
| data time parameter<br><br>'720 patent claims 7, 11 | an amount of time required to render the portion of the temporal sequence presentation data at a normal playback rate |
| presentation time parameter<br><br>'720 patent claims 7, 11 | an amount of time elapsed during rendering of a portion of the temporal sequence presentation data |
| temporal sequence presentation data<br><br>'903 patent claims 1, 6, 12, 13, 16, 22<br><br>'050 patent claims 1, 5, 8, 10, 13, 17, 20, 22, 25, 26, 27 28, 29, 30, 31, 36, 37, 38, 39, 40, 41, 42, 47, 48, 49, 50<br><br>'720 patent claims 1, 6, 7, 11 | digital data (a series of bits) representative of media content |
| default rendition period<br><br>'903 patent claims 6, 16<br><br>'050 patent claims 5, 10, 17, 22 | length of time to render the element at a normal playback rate |
| default presentation rate | normal playback rate |

| | |
|---|---|
| '903 patent claims 1, 12, 13, 22<br><br>'050 patent claims 1, 8, 13, 20, 25, 36, 47, 48, 49, 50<br><br>'720 patent claims 1, 6 | |

## II. DISPUTED CLAIM CONSTRUCTIONS

Pursuant to Patent Local Rule 4-3(b), the Parties provide the construction of the following terms upon which the parties disagree, together with an identification of references from the specification or prosecution history that each party identifies to support its proposed construction, and an identification of any extrinsic evidence presently known to the party upon which it intends to rely:

| Claim Term | EPL's Proposed Construction and Identified References | Apple's Proposed Construction and Identified References |
|---|---|---|
| determining an input block of W signal representations from the input stream/determining an input block of signal representations from the input stream<br><br>'769 patent claims 1, 10, 19 | Plain and Ordinary Meaning, subject to the term "W" defined separately.<br><br>'769 Patent, 4:57-64; 7:3-10:5; 10:65-11:61; 14:46-62; 15:23-39; Figures 2, 3, 4, 5, 6 and 8 and corresponding description. | searching for and identifying the starting position of an input block of W signal representations that is similar to the output stream / searching for and identifying the starting position of an input block of signal representations that is similar to the output stream<br><br>Intrinsic Evidence:<br><br>'769 patent at FIGS. 1, 2, 3, 4, 5, 6, 8; abstract; 4:57-65; 5:7-55; 6:22-44; 7:3-8:50; 8:67-14:21; 14:34-45; 14:63-15:2; 15:11-31; 15:41-16:47; 16:63-17:2.<br><br>File History for U.S. Patent No. 5,175,769, Aug. 20, 1992, Notice Of Allowability. |

| | | |
|---|---|---|
| | | Extrinsic Evidence:<br><br>Hejna, Donald J., "Real-Time Time-Scale Modification of Speech via the Synchronized Overlap-Add Algorithm" (Thesis), Massachusetts Institute of Technology, at 9, 10, 101-108; FIGS. 2-2, 2-3.<br><br>Hejna and Musicus, "The SOLAFS Time-Scale Modification Algorithm," *BBN*, July 1991, at 2-8; FIGS. 1-2.<br><br>Roucos and Wilgus, "High Quality Time-Scale Modification for Speech," *Acoustics, Speech, and Signal Processing, IEEE International Conference on ICASSP*, Vol. 10 (1985) at abstract, 495-496.<br><br>Testimony of Dr. Julius Smith as set forth in Exhibit A hereto. |
| $W_{OV}$<br><br>'769 patent claims 1, 2, 10, 11 | a parameter that represents the number of signal representations to be overlapped as determined by W and the time-scale modification.<br><br>'769 patent, 7:3-10:40; 11:6-11; 12:42-60; 13:49-53; 14:33-63; Figures 2, 3, 4, 5, 6, 7 and 8 and corresponding description. | a parameter that fixes the number of signal representations to be overlapped as determined by W and the time-scale modification<br><br>Intrinsic Evidence:<br><br>'769 patent at FIGS. 1, 2, 3, 4, 5, 6, 7, 8; abstract; 3:5-4:48; 5:7-41; 6:5-21; 7:3-47; 7:64-8:48; 8:51-10:4; 10:21-11:62; 12:30-13:35; 14:5-21; 14:33-62; 15:65-16:33.<br><br>Extrinsic Evidence:<br><br>Testimony of Dr. Julius Smith as set forth in Exhibit A hereto. |
| determined by | Plain and Ordinary meaning | uniquely specified by |

4

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

| | | | |
|---|---|---|---|
| '769 patent claims 1, 19 | | '769 patent, 7:3-10:5; 14:46-62; 15:31-40; Figures 2, 3, 4, 5, 6, 7 and 8 and corresponding description. | Intrinsic Evidence:<br><br>'769 patent at FIGS. 1, 2, 3, 4, 5, 6, 7, 8; abstract; 3:5-4:48; 5:7-41; 6:5-21; 7:3-47; 7:64-8:48; 8:51-11:62; 10:21-11:62; 12:30-13:35; 14:5-21; 14:33-62; 15:65-16:33.<br><br>Extrinsic Evidence:<br><br>Schwartzman, *The Words of Mathematics: An Etymological Dictionary of Mathematical Terms Used in English* (The Mathematical Assoc. of Am., 1996).<br><br>The New Oxford American Dictionary, 2001.<br><br>The American Heritage Dictionary, 2nd College Edition, 1991.<br><br>The Oxford English Dictionary, 2nd Edition, 1989.<br><br>Testimony of Dr. Julius Smith as set forth in Exhibit A hereto. |
| W<br><br>'769 patent claims 1, 2, 10, 11 | | A parameter that represents the duration of the windowed segments of the input signal.<br><br>'769 patent, 7:9-13; 7:22-10:5; 10:66-11:32; 14:46-62; 15:23-39; Figures 2, 3, 4 and 8 and corresponding description. | a parameter that fixes the duration of the windowed segments of the input signal that represents the smallest unit that the time-scale modification method manipulates<br><br>Intrinsic Evidence:<br><br>'769 patent at FIGS. 2, 3, 4, 5, 8; abstract; 5:7-41; 5:65-6:5; 7:3-47-63; 8:67-10:4; 10:66-11:15; 12:42-60.<br><br>Extrinsic Evidence:<br><br>Testimony of Dr. Julius Smith as set |

5

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

| | | | |
|---|---|---|---|
| | | | forth in Exhibit A hereto. |
| $S_S$<br><br>'769 patent claims 2, 11 | A parameter that represents the interframe interval between successive analysis windows along the output signal.<br><br>'769 patent, 7:16-18; 7:64-8:9; 8:51-57; 8:67-9:5; 9:38-11:52; 14:21-15:40; Figures 2, 3, 4, 5, 6, 7 and 8 and corresponding descriptions. | | a parameter that fixes the interframe interval between successive windows of length W along the output signal<br><br>Intrinsic Evidence:<br><br>'769 patent at FIGS. 1, 2, 3, 4, 5, 8; Abstract; 3:5-4:48; 5:7-41; 6:5-21; 7:3-47; 7:64-8:48; 8:51-11:62; 12:30-13:35; 14:33-62.<br><br>Extrinsic Evidence:<br><br>Testimony of Dr. Julius Smith as set forth in Exhibit A hereto. |
| time scale modification/time scale modifying<br><br>'769 patent claims 1, 10, 19 | Speeding up or slowing-down the playback rate.<br><br>'769 patent, 1:27-43; 1:63-2:14; 5:7-64; 6:46-7:2; 7:22-47; 8:67-10:4; 11:33-52; Figures 2, 3, 8 and corresponding descriptions, abstract. | | a change to a signal's rate of reproduction without modifying its pitch / changing a signal's rate of reproduction without modifying its pitch<br><br>Intrinsic Evidence:<br><br>'769 patent at abstract; 1:5-43; 1:63-3:31; 4:44-56; 6:46-55; 14:63-15:2.<br><br>Extrinsic Evidence:<br><br>Hejna, Donald J., "Real-Time Time-Scale Modification of Speech via the Synchronized Overlap-Add Algorithm" (Thesis), Massachusetts Institute of Technology, at 1.<br><br>Hejna and Musicus, "The SOLAFS Time-Scale Modification Algorithm," *BBN*, July 1991, at 1.<br><br>Roucos and Wilgus, "High Quality Time-Scale Modification for Speech," *Acoustics, Speech, and Signal* |

| | | |
|---|---|---|
| | | *Processing, IEEE International Conference on ICASSP*, Vol. 10 (1985) at 493.<br><br>Smith, Julius O., *Spectral Audio Signal* Processing, W3K Publishing, 2011 at 375<br><br>Testimony of Dr. Julius Smith as set forth in Exhibit A hereto. |
| current time<br><br>'903 patent claims 4, 12, 22<br><br>'050 patent claims 4, 16<br><br>'720 patent claims 1, 6, 7, 11 | A current position in the media content that can be expressed either as the time elapsed since the beginning of the media content presentation or as a location in the media content stream that is currently being played.<br><br>'903 patent, 1:23-2:55; Summary section (2:62-5:23); 7:50-67; 8:12-34; 10:8-45; 12:30-33; 16:25-49; 16:62-17:15; 17:32-44; 18:66-19:10; 19:34-20:34; Figure 4 and corresponding description.<br><br>'050 patent, 1:39-3:2; Summary section (3:9-5:37); 7:64-8:14; 8:26-48; 10:22-59; 13:43-46; 16:36-56; 17:5-34; 17:44-56; 19:13-25; 19:48-20:48; Figure 4 and corresponding description.<br><br>'720 patent, 1:34-2:65; Summary section (3:3-5:33); 7:60-8:11; 8:22-43; 10:18-54; 12:43-46; 16:41-64; 17:10-30; 17:47-59; 19:13-25; 19:48-20:48; Figure 4 and corresponding description. | a current position in the media content that can be expressed either as the time elapsed since the beginning of the media content presentation or as a location in the media content stream that is currently being played<br><br>Intrinsic Evidence:<br><br>'903 patent at 1:50-2:35; 2:50-55; 3:1-21; 4:19-61; 10:26-45; 13:30-33; 16:34-17:1; 17:6-15; FIG. 4.<br><br>File History for U.S. Patent No. 7,683,903, Aug. 16, 2004, Response to Office Action.<br><br>'050 patent at 1:66-2:4; 2:12-15; 2:36-45; 2:64-3:2; 3:20-35; 10:40-59; 13:43-46; 17:5-11; 17:17-26; FIG. 4.<br><br>'720 patent at 1:61-66; 2:7-10; 2:31-40: 2:59-64; 3:15-30; 10:36-55; 13:43-46; 17:10-16; 17:21-30; FIG. 4.<br><br>Extrinsic Evidence:<br><br>Testimony of Dr. Julius Smith as set forth in Exhibit A hereto. |

## III.   IDENTIFICATION OF MOST SIGNIFICANT TERMS

7

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

The parties have disputed constructions for fewer than ten total terms. In connection with Patent Local Rule 4-3(c), EPL does not contend that the construction of any of these terms will be case dispositive.

It is Apple's position that the construction of each of the seven disputed terms identified in the preceding section are significant to the resolution of the case, but that none of the constructions of these disputed terms is case or claim dispositive.

### IV. ANTICIPATED LENGTH OF TIME NECESSARY FOR THE CLAIM CONSTRUCTION HEARING

The Court has set a tutorial for this matter for January 7, 2014 at 1:00 p.m., with one hour allocated to each side. The Parties propose that EPL present its tutorial presentation first, followed by Apple's presentation.

The Court has set the claim construction hearing for January 10, 2014 at 1:00 p.m., with ninety minutes allocated to each side.

EPL proposes that plaintiff make its presentation on claim construction issues, with the opportunity to reserve time for rebuttal, followed by defendant's presentation, followed by a rebuttal presentation from plaintiff. EPL is, however, open to whatever format of presentation the Court would find most helpful.

Apple proposes that each disputed term be presented separately. For each term, one party would make its presentation, the other party would then make its presentation, and then the first party to present would have an opportunity for a rebuttal presentation. The parties would alternate for each term which party will present first. Prior to the hearing, the parties would meet and confer to determine a proposed order in which to present the terms.

### V. PROPOSED WITNESSES AT THE CLAIM CONSTRUCTION HEARING

EPL does not believe that witness testimony will be necessary or helpful in connection with the claim construction hearing in this matter. Apple proposes to call a retained expert to potentially offer testimony on issues of claim construction. Apple has not disclosed the subject matter of this proposed testimony to EPL prior to the filing of this joint statement (indicating that

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

1  it would provide its attachment to this statement only at the time it was to be filed).  The Federal

2  Circuit clearly states that extrinsic evidence in general, and expert testimony in particular, is go

3  be given little or no weight.  *See, e.g. Vitronics Corp. v. Conceptronic, Inc.*, 90 F.3d 1576, 1584

4  (Fed. Cir. 1996).   Given this, EPL respectfully submits that presentation of such testimony

5  would be a distraction from the issues of claim construction presented in this case and wasteful.

6  Given that Apple has not yet disclosed the substance of any anticipated testimony, EPL reserves

7  the right to assert any further objections in light of such disclosures.

8      Apple may seek to call Dr. Julius Smith at the claim construction hearing.  A summary of

9  Dr. Smith's testimony, including his opinions concerning claim construction that he intends to

10  offer, is attached hereto as Exhibit A.

11      EPL seeks to exclude this testimony by claiming that Apple has not complied with the

12  requirements for relying on and presenting expert testimony set forth in the Local Rules of

13  Practice for Patent Cases before the United States District Court for the Northern District of

14  California.  EPL is incorrect.  With its Exchange of Preliminary Claim Constructions and

15  Extrinsic Evidence, Apple, pursuant to Patent L.R. 4-2, timely provided EPL with "a description

16  of the substance of [Dr. Smith's] proposed testimony that includes a listing of any [of his]

17  opinions to be rendered in connection with claim construction."  And in conjunction with the

18  filing of this Joint Claim Construction and Prehearing Statement, Apple provided EPL, in

19  advance of it filing this document, with Exhibit A hereto, which is a summary of Dr. Smith's

20  testimony, including each opinion he intends to offer related to claim construction.  EPL appears

21  to argue that Apple should have provided it with this summary of Dr. Smith's testimony even

22  further in advance of the filing of the Joint Claim Construction and Prehearing Statement.  That

23  argument, however, conflicts with Patent L.R. 4-3, which requires that any summary of an expert

24  testimony be submitted only contemporaneously with the filing of the Joint Claim Construction

25  and Prehearing Statement, not before.  That is precisely what Apple has done here.  Furthermore,

26  EPL's statement that expert testimony should be "given little or no weight" is inconsistent with

27  Federal Circuit precedent.  The Federal Circuit has made clear that courts may use extrinsic

28

evidence, such as expert testimony, to aid in construing claims. *See Phillips v. AWH Corp.*, 415 F.3d 1303, 1317-19 (Fed Cir. 2005).

Dated: September 23, 2013

Respectfully Submitted,

RUSS AUGUST & KABAT

By: /s/ Brian D. Ledahl
BRIAN D. LEDAHL

Attorneys for Plaintiff
EPL Holdings, LLC.

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Michael D. Jay
Michael D. Jay

Michel D. Jay, CA SB #223827
E-mail: mjay@bsfllp.com
Bill Ward, CA SB #246472
E-mail: bward@bsfllp.com
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 310-752-2400
Facsimile: 310-752-2490

Attorneys for Defendant
Apple Inc.