RUSS AUGUST & KABAT
Marc A. Fenster, CA SB #181067
E-mail: mfenster@raklaw.com
Brian D. Ledahl, CA SB #186579
E-mail: bledahl@raklaw.com
Payam Moradian, CA SB #276952
E-mail: pmoradian@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  310/826-7474
Facsimile:  310/826-6991

Attorneys for Plaintiff,
EPL HOLDINGS, LLC

Additional Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EPL HOLDINGS, LLC,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>        v.<br><br>APPLE, INC.,<br><br>    Defendant-Counterclaimant. | No. 12-cv-04306 (JST)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETION OF CLAIM CONSTRUCTION DISCOVERY AS TO APPLE'S PROPOSED WITNESS**<br><br>**Judge: Hon. Jon S. Tigar** |

WHEREAS, the Court previously set a cut-off for claim construction discovery of October 9, 2013;

WHEREAS, Defendant-Counterclaimant Apple, Inc. ("Apple") identified a proposed expert witness, Julius O. Smith, in its claim construction disclosures;

WHEREAS, Plaintiff-Counterclaim Defendant EPL Holdings, LLC ("EPL") timely requested to schedule the deposition of Mr. Smith;

1

JOINT STIPULATION TO TAKE DEPOSITION AFTER CUTOFF

WHEREAS, Apple has indicated that Mr. Smith is available to be deposed on October 21, 2013, after the cut-off set by the Court; and

WHEREAS, the parties are in agreement that the deposition may go forward on October 21, 2013.

NOW THEREFORE, for good cause, as set forth above, the parties jointly stipulate and agree, and request that the Court order as follows:

1. That the deposition of Mr. Smith may take place after the cut-off for claim construction discovery previously set for October 9, 2013 by the Court; and

2. No other deadlines in the schedule previously set by the Court will be affected by this stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: October 7, 2013  Signed: _____

Hon. Jon S. Tigar, United States District Judge

/
/
/
/
/
/
/
/
/
/

2
JOINT STIPULATION TO TAKE DEPOSITION AFTER CUTOFF

| | | |
|---|---|---|
| 1 | Dated: October 7, 2013 | So stipulated, |
| 2 | | RUSS AUGUST & KABAT |

By: /s Brian D. Ledahl
     BRIAN D. LEDAHL

Attorneys for Plaintiff
EPL Holdings, LLC.


BOIES, SCHILLER & FLEXNER LLP


By: /s Michael D. Jay (with permission)

Michel D. Jay, CA SB #223827
E-mail: mjay@bsfllp.com
Bill Ward, CA SB #246472
E-mail: bward@bsfllp.com
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 310-752-2400
Facsimile: 310-752-2490

Attorneys for Defendant
APPLE, INC.

3
JOINT STIPULATION TO TAKE DEPOSITION AFTER CUTOFF

Pursuant to Local Rule 5-1(i)(3), I hereby attest to the concurrence in the filing of this document by each of the other signatories.

Dated: October 7, 2013                    By: /s Brian D. Ledahl

                                                                     Brian D. Ledahl