1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| EPL HOLDINGS, LLC, | No. 12-cv-04306 (JST) |
|---|---|
| Plaintiff-Counterclaim Defendant, | [PROPOSED] ORDER FOR BRINGING EQUIPMENT INTO COURTHOUSE |
| v. | |
| APPLE, INC., | Judge: Hon. Jon S. Tigar |
| Defendant-Counterclaimant. | |

_____ [PROPOSED] ORDER FOR BRINGING EQUIPMENT INTO COURTHOUSE

In connection with upcoming hearings before the Court on January 7, 2014 and January 10, 2014, the parties' counsel are hereby authorized to bring the following equipment into this Court at either its San Francisco or Oakland location:

1. Projector
2. Projection screen
3. Cart or stand for equipment
4. Cables and other connecting hardware.

SO ORDERED.

Dated: January 3, 2014

_____
Hon. Jon S. Tigar
United States District Judge

2

_____ [PROPOSED] ORDER FOR BRINGING EQUIPMENT INTO COURTHOUSE