UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPL HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC,<br><br>    Defendant. | Case No.  12-cv-04306-JST<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court having issued its claim construction order on February 2, 2014, the Court now sets a Case Management Conference on May 7, 2014 at 2:00 p.m.  A Joint Case Management Statement must be filed by April 23, 2014.  In addition to whatever other matters require attention, the Court will set a deadline for the filing of dispositive motions and a trial date on May 7, and will explore the most effective means of alternative dispute resolution.

**IT IS SO ORDERED.**

Dated:  April 2, 2014

_____
JON S. TIGAR
United States District Judge