BOIES, SCHILLER & FLEXNER LLP
Michael D. Jay (SBN 223827)
mjay@bsfllp.com
Bill Ward (SBN 246472)
bward@bsfllp.com
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Facsimile: (310) 752-2490

BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson (*Pro Hac Vice* to be filed)
wisaacson@bsfllp.com
5301 Wisconsin Ave. NW
Washington, DC  20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

*Attorneys for Defendant-Counterclaimant*
APPLE INC.

RUSS, AUGUST & KABAT
Marc A. Fenster, CA SB # 181067
Email: mfenster@raklaw.com
Brian D. Ledahl, CA SB #186579
Email: bledahl@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

*Attorneys for Plaintiff-Counterclaim Defendant*
EPL HOLDINGS, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EPL HOLDINGS, LLC<br><br>Plaintiff-Counterclaim Defendant,<br><br>vs.<br><br>APPLE INC.<br><br>Defendant-Counterclaimant.<br><br>And Related Counterclaims | Case No. 3:12-CV-04306 (JST)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUINING CASE MANAGEMENT CONFERENCE** |

1

Plaintiff EPL Holdings, LLC, and defendant Apple Inc., by and through their counsel of record, stipulate as follows:

WHEREAS, on April 2, 2014, the Court issued an order setting a further Case Management Conference for May 7, 2014, at 2 p.m.;

WHEREAS, the parties are currently engaged in settlement discussions that they believe in good faith will resolve this matter;

WHEREAS, a resolution of this matter through settlement will obviate the need for a further Case Management Conference;

WHEREAS, the parties respectfully request that the Court reschedule the further Case Management Conference so as to permit the parties additional time to reach an agreement to settle this matter;

THEREFORE, THE PARTIES JOINTLY STIPULATE AND AGREE, that the Case Management Conference, currently set for May 7, 2014, be rescheduled for June 25, 2014, or at some later date as convenient for the Court.

**IT IS SO STIPULATED.**

Dated: April 21, 2014                            BOIES, SCHILLER & FLEXNER LLP


                                                 By:    /s/ *Michael D. Jay*
                                                        Michael D. Jay

                                                 *Attorneys for Defendant-Counterclaimant*
                                                 APPLE INC.


Dated: April 21, 2014                            RUSS, AUGUST & KABAT


                                                 By:    /s/ *Brian D. Ledahl*
                                                        Brian D. Ledahl

                                                 *Attorneys for Plaintiff-Counterclaim Defendant*
                                                 EPL HOLDINGS, LLC

1   **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

2

3

4   Dated: April 21, 2014

5



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
3:12-CV-04306 (JST)

1

**ATTESTATION OF FILER**

2      Pursuant to Civil L.R. 5-1(i)(3), I, Michael D. Jay, attest that I obtained the concurrence

3   of Brian D. Ledahl to file this document on his behalf.

4

5   Dated: April 21, 2014                        BOIES, SCHILLER & FLEXNER LLP

6                                                By:    /s/ *Michael D. Jay*

7                                                       Michael D. Jay

8                                                *Attorneys for Defendant-Counterclaimant*
                                                 APPLE INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
3:12-CV-04306 (JST)