RUSS, AUGUST & KABAT
Marc A. Fenster, CA SB # 181067
Email: mfenster@raklaw.com
Brian D. Ledahl, CA SB #186579
Email: bledahl@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

*Attorneys for Plaintiff-Counterclaim Defendant* EPL HOLDINGS, LLC

BOIES, SCHILLER & FLEXNER LLP
Michael D. Jay (SBN 223827)
mjay@bsfllp.com
Bill Ward (SBN 246472)
bward@bsfllp.com
401 Wilshire Blvd., Ste. 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Facsimile: (310) 752-2490

BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson (*Pro Hac Vice* to be filed)
wisaacson@bsfllp.com
5301 Wisconsin Ave. NW
Washington, DC  20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

*Attorneys for Defendant-Counterclaimant* APPLE INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EPL HOLDINGS, LLC<br><br>       Plaintiff-Counterclaim Defendant,<br><br>vs.<br><br>APPLE INC.<br><br>       Defendant-Counterclaimant.<br><br>And Related Counterclaims | Case No. 3:12-CV-04306 (JST)<br><br>**STIPULATED ORDER OF DISMISSAL** |

1

**Stipulated Order of Dismissal**
**3:12-CV-04306 (JST)**

On this day, Plaintiff EPL HOLDINGS, LLC and Defendant APPLE INC., announce to the Court that they have settled their respective claims for relief asserted in this case, and therefore request dismissal, with prejudice, of all claims for relief asserted against APPLE INC. by EPL HOLDINGS, LLC, and dismissal, without prejudice, of all counterclaims for relief against EPL HOLDINGS, LLC by APPLE INC.  The Court, having considered this request, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against APPLE INC. by EPL HOLDINGS, LLC herein are dismissed, with prejudice, and all counterclaims for relief against EPL HOLDINGS, LLC by APPLE INC. are dismissed without prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated:_____

_____
United States District Judge

SO STIPULATED:

Dated:  December 15, 2014

By: */s/ Brian D. Ledahl*

Marc A. Fenster, CA SB # 181067
Email: mfenster@raklaw.com
Brian D. Ledahl, CA SB #186579
Email: bledahl@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff and Counterclaim Defendant EPL Holdings, LLC*

By: */s/ Michael D. Jay*

BOIES, SCHILLER & FLEXNER LLP
Michael D. Jay (SBN 223827)
mjay@bsfllp.com
Bill Ward (SBN 246472)
bward@bsfllp.com
401 Wilshire Blvd., Ste. 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Facsimile: (310) 752-2490

BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson (*Pro Hac Vice* to be filed)
wisaacson@bsfllp.com
5301 Wisconsin Ave. NW
Washington, DC  20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

*Attorneys for Defendant and Counterclaimant Apple Inc.*

*Pursuant to L.R. 5-1(i), the filer attests that concurrence in the filing of this document has been obtained by all signatories.*