UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPL HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE, INC,<br><br>    Defendant. | Case No.  12-cv-04306-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 104 |

The parties have filed a stipulation of dismissal dated December 15, 2014, stating that they have agreed to a settlement of this action.  ECF No. 104.  Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The claims for relief asserted against Apple, Inc. by EPL Holdings, LLC have been dismissed with prejudice.  The counterclaims for relief asserted against EPL Holdings, LLC by Apple, Inc. have been dismissed without prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: December 17, 2014

_____
JON S. TIGAR
United States District Judge